IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 18 AM 11: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JONATHAN T. HALFACRE,

    Plaintiff,

VS.                                    NO. 04-2483-MaP

THE HOME DEPOT a/k/a
HOME DEPOT, USA, INC.,

    Defendant.

---

## ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

    Before the court is the plaintiff's July 5, 2004, unopposed motion requesting an extension of time within which to file a response to the defendant's motion for summary judgment. For good cause shown, the motion is granted. The plaintiff shall have additional time to and including July 11, 2005, within which to file a response.

    It is so ORDERED this 15th day of July, 2005.

                          SAMUEL H. MAYS, JR.
                          UNITED STATES DISTRICT JUDGE

22

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02483 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Keith D. Frazier
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable Samuel Mays
US DISTRICT COURT